IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK B. KOMESHAK, D.C.
d/b/a KOMESHAK CHIROPRACTIC
AND THOMAS L. KALTENBRONN, D.C.,

**Plaintiffs,**

v.

RISK ENTERPRISE MANAGEMENT
SERVICES, INC.,

**Defendant.**                                                  No. 06-CV-193-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiffs' motion to stay briefing on Defendant's motion to dismiss (Doc. 4) pending this Court's ruling on the motion to remand filed by Plaintiffs (Doc. 9). (Doc. 12.) The Court **GRANTS** this motion (Doc. 12), and **STAYS** briefing on Defendant's motion pending this Court's decision on Plaintiffs' motion to remand.

**IT IS SO ORDERED**.

Signed this 2nd day of May, 2006.

/s/        David  RHerndon
**United States District Judge**