### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, D.C.**
**d/b/a KOMESHAK CHIROPRACTIC**
**AND THOMAS L. KALTENBRONN, D.C.,**

**Plaintiffs,**

**v.**

**RISK ENTERPRISE MANAGEMENT**
**SERVICES, INC.,**

**Defendant.**                                                      **No. 06-CV-193-DRH**

### ORDER

**HERNDON, District Judge:**

     This matter comes before the Court on a remand order from the Seventh Circuit (Appeal No. 07-1194). Pursuant to that decision, the Court **DENIES** Plaintiffs' motion to remand (Doc. 9). The Court further orders that the two motions that were terminated following the Court's November 1, 2006 order - Defendant's motion to dismiss (Doc. 4) and Defendant's motion for partial summary judgment (Doc. 10) - be reinstated. Plaintiffs shall submit responses to each of these motions by May 23, 2007.

     **IT IS SO ORDERED.**

     Signed this 20th day of April, 2007.

     /s/     David   RHerndon
     **United States District Judge**