IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, D.C.**
**d/b/a KOMESHAK CHIROPRACTIC**
**AND THOMAS L. KALTENBRONN, D.C.,**

**Plaintiffs,**

**v.**

**RISK ENTERPRISE MANAGEMENT**
**SERVICES, INC.,**

**Defendant.**                                              **No. 06-CV-193-DRH**

**ORDER**

**HERNDON, District Judge:**

Now before the Court is Plaintiffs' Unopposed Motion for Extension of Time. (Doc. 40.) Being fully advised in the premises, the Court **GRANTS** Plaintiffs' motion. (Doc. 40.)  Plaintiffs shall submit responses to Defendant's Motion to Dismiss (Doc. 4) and Defendant's Motion for Partial Summary Judgement (Doc. 10) no later than June 22, 2007.

**IT IS SO ORDERED.**

Signed this 23rd day of May, 2007.

/s/       David   RHerndon
**United States District Judge**