## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, D.C.**
**d/b/a KOMESHAK CHIROPRACTIC**
**AND THOMAS L. KALTENBRONN, D.C.,**

**Plaintiffs,**

**v.**

**RISK ENTERPRISE MANAGEMENT**
**SERVICES, INC.,**

**Defendant.**                                    **No. 06-CV-193-DRH**

## ORDER

**HERNDON, District Judge:**

          Now before the Court is Plaintiffs' Unopposed Motion for Extension of Time. (Doc. 45.)  Being fully advised in the premises, the Court **GRANTS** Plaintiffs' motion. (Doc. 45.)  Plaintiffs shall submit responses to Defendant's Motion to Dismiss (Doc. 4) and Defendant's Motion for Partial Summary Judgment (Doc. 10) no later than July 22, 2007.  Furthermore, Plaintiffs shall submit responses to Defendant's Second Motion for Partial Summary Judgment (Doc. 35) no later than July 25, 2007.

          **IT IS SO ORDERED.**

          Signed this 28th day of June, 2007.

                                        /s/        David   RHerndon
                                        **United States District Judge**