## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, D.C.**
**d/b/a KOMESHAK CHIROPRACTIC**
**AND THOMAS L. KALTENBRONN, D.C.,**

**Plaintiffs,**

**v.**

**RISK ENTERPRISE MANAGEMENT**
**SERVICES, INC.,**

**Defendant.**                                            **No. 06-CV-193-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

This Order hereby **ACKNOWLEDGES** the Parties' Stipulation of Dismissal With Prejudice (Doc. 53), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**. Although this action was initially filed as a putative class action, no class has ever been certified and this dismissal is the result of a settlement of the individual claims. Therefore, it is not necessary for the parties to follow the rules for settlement of a class action. Accordingly, the Court **DISMISSES WITH PREJUDICE** all Plaintiffs' claims against Defendant in this case, with each party to bear their own costs. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Signed this 24th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**