## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, D.C. d/b/a**
**KOMESHAK CHIROPRACTIC, and THOMAS**
**L. KALTENBRONN. D.C., Individually and on**
**behalf of others similarly situated,**

      **Plaintiffs,**

    **vs.**                        **Cause No.  06-CV-193 DRH**

**RISK ENTERPRISE MANAGEMENT**
**SERVICES, INC.,**

      **Defendant**.

## JUDGMENT IN A CIVIL CASE

      The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and expenses.----------------------------------------------------------------


                               **NORBERT G. JAWORSKI, CLERK**

September 24, 2007                 By:___ s/Patricia Brown_____
                                  Deputy Clerk


APPROVED: _/s/_____ DavidRHerndon____
              **U.S. DISTRICT JUDGE**